IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 25 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) Misc. No. 1:07MJ63A
) 1:07MJ64A
WILLIAM GURKA ) 1:07MJ65A
1:07MJ66A

**ORDER**

Upon motion of the government and good cause having been shown, it is hereby

O R D E R E D

that the affidavit submitted in support of the Search Warrants, Applications, Seizure Warrants, and Applications which are further described in the attached, is sealed until further order of this Court.

BY ORDER:

Clerk of the Court

ENTER:

United States Magistrate Judge

DATE: 6/25/07